### STATE v. ALBERT P. GILLEABEAUX.

(Filed 2 March, 1966.)

**Robbery § 4—**

Evidence *held* amply sufficient to overrule nonsuit in this prosecution for robbery.

MOORE, J., not sitting.

APPEAL by defendant from *Mallard, J.,* August 1965 Session of BUNCOMBE County Superior Court.

The defendant, Albert P. Gilleabeaux, and Ernest Washington Johnson were charged in a bill of indictment with highway robbery of one Stiles Young on August 8, 1965. Both defendants entered pleas of not guilty and the jury rendered verdicts of guilty as to both. From sentence imposed, the defendant Gilleabeaux appealed to the Supreme Court.

*T. W. Bruton, Attorney General, Millard R. Rich, Jr., Assistant Attorney General for the Appellee.*
*Melvin Elias for the defendant.*

PER CURIAM. The State's witness Young testified that about midnight August 8, 1965 he was on his way home and at the corner of Ora Street and Ralph Street in Asheville when "Somebody ran up and hit me on the side of the head and one put the knife on me and I told them to take all I had but don't cut me. They took my

money and my billfold out of my pocket and when it didn't have
any money they threw it down and run. . . . I had about seventy-
five dollars, maybe a few dollars over that (which they took) . . .
The boy over there was the one with the knife (indicating defend-
ant Johnson). Gilleabeaux went in my pocket and got my green-
back money and Johnson got the silver money and during that time
Johnson had the knife in his hand, holding it right behind my head.
They had knocked me down and I was getting up when they had
the knife on me and I told them to take my money but don't cut
me."

The record contains only one exception, the failure of the Court
to nonsuit the State at the close of the State's evidence. From the
foregoing excerpts of the evidence elicited from the State's witness,
Stiles Young, it can be seen that the exception is without merit.

Affirmed.

MOORE, J., not sitting.